```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


WILLIAM HENRY THATCH, JR.,       )
                                 )
            Petitioner,          )
                                 )
      v.                         )      1:24-cv-813
                                 )
USA,                             )
                                 )
            Respondent.          )
```

## ORDER

On December 2, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing in the proper district on the proper forms after exhausting any available administrative remedies.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of January, 2025.

_____
United States District Judge